BENJAMIN B. WAGNER
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  916-554-2763


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR-S-96-282-JAM |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER |
| | ) | DISMISSING INDICTMENT |
| v. | ) | |
| | ) | |
| JOHN DOE II, aka "Robert", | ) | |
| aka NURSE ROBERT, aka ROBERT NURSE | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, by and through its undersigned attorney, Mary L. Grad, Assistant United States Attorney, respectfully requests that this Court dismiss without prejudice the above-captioned Superseding Indictment against defendant JOHN DOE II, aka "Robert", aka NURSE ROBERT, aka ROBERT NURSE.

This motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure

DATED: June 8, 2010                BENJAMIN B. WAGNER
                                   United States Attorney


                                   By  /s Mary L. Grad
                                     MARY L. GRAD
                                   Assistant U.S. Attorney

1

1

O R D E R

2

3     It is ordered that the above-captioned Superseding

4 Indictment be and is hereby dismissed without prejudice against

5 JOHN DOE II, aka "Robert", aka NURSE ROBERT, aka ROBERT NURSE.

6

7 DATED: June 8, 2010                    /s/ John A. Mendez
                                        JOHN A. MENDEZ
8                                        United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28